FRANK GULIA, JR., TRUSTEE *v.* CITY OF BRIDGEPORT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 126 Conn. App. 902 (AC 31869), is denied.

*Laurence V. Parnoff*, in support of the petition.

Decided March 16, 2011

STATE OF CONNECTICUT *v.* MICHAEL MYERS

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 239 (AC 32026), is denied.

*James B. Streeto*, assistant public defender, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided March 16, 2011